E. BRYAN WILSON
Acting United States Attorney

ADAM ALEXANDER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: adam.alexander@usdoj.gov

C. ALDEN PELKER
Trial Attorney
Computer Crime & Intellectual Property Section
1301 New York Avenue NW
Washington, DC 20530
Phone: (202) 514-1026
Fax: (202) 514-6113
Email: catherine.pelker@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 3:19-cr-00102-RRB |
| | ) |
| Plaintiff, | ) |
| | ) STATUS REPORT |
| vs. | ) |
| | ) |
| AARON STERRIT, A/K/A "VAMP", | ) |
| A/K/A "VIKTOR" AND LOGAN | ) |
| SHWYDIUK, A/K/A "DRAKE," | ) |
| | ) |
| Defendant. | |

COMES NOW the United States of America, by and through undersigned counsel,

and hereby advises the Court of the status of this fugitive matter consistent with the order lodged at ECF document 11. The United States has been in contact with counsel for defendant SHWYDIUK and is working towards coordinating a resolution in his matter. The whereabouts of defendant STERRITT are known to the United States, and while he currently remains at large other steps are being taken in relation to his case.

RESPECTFULLY SUBMITTED October 8, 2021, in Anchorage, Alaska.

E. BRYAN WILSON
Acting United States Attorney

s/ Adam Alexander
ADAM ALEXANDER
Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2021,
a true and correct copy of the foregoing
was served electronically on the following:

Jamie McGrady

s/ Adam Alexander
Office of the U.S. Attorney

U.S. v. STERRITT, et al.
3:19-cr-00102-RRB
2
Case 3:19-cr-00102-RRB-MMS   Document 13   Filed 10/08/21   Page 2 of 2